# EXHIBIT B

ELECTRONICALLY FILED
2/14/2017 2:58 PM
31-CV-2017-900124.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number:<br>31-<br><br>Date of Filing: 02/14/2017   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**ANTONIO SANDRIDGE v. SEDGWICK CLAIMS MANAGEMENT**

First Plaintiff: ☐ Business  ☑ Individual        First Defendant: ☑ Business  ☐ Individual
              ☐ Government ☐ Other                                ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

ORIGIN:  F ☑ INITIAL FILING        A ☐ APPEAL FROM DISTRICT COURT        O ☐ OTHER
         R ☐ REMANDED              T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

HAS JURY TRIAL BEEN DEMANDED?  ☐ YES  ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

RELIEF REQUESTED:  ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: ALL016          2/14/2017 2:58:00 PM           /s/ MYRON KAY ALLENSTEIN
                               Date                            Signature of Attorney/Party filing this form

MEDIATION REQUESTED:   ☐ YES  ☑ NO  ☐ UNDECIDED

DOCUMENT 2
Case 4:17-cv-00454-VEH   Document 1-2   Filed 03/23/17   Page 3 of 10

ELECTRONICALLY FILED
2/14/2017 2:58 PM
31-CV-2017-900124.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ANTONIO SANDRIDGE,

    Plaintiff,

v.

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.,

    Defendant

Case Number: _____

## COMPLAINT

1. Antonio Sandridge has short term disability protection by an insurance contract administered by Sedgwick Claims Management Services, Inc. which pays benefits if he becomes disabled.

2. Plaintiff was approved for one month of short term disability.

3. Plaintiff has applied for Social Security Disability benefits.

4. Plaintiff has exhausted all administrative remedies with a final decision on 10/5/16.

5. This claim is filed pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate equitable relief, attorney fees and costs which are less than $50,000.

 

s/MYRON K. ALLENSTEIN (ALL016)
ROSE MARIE ALLENSTEIN (ALL060)
ALLENSTEIN & ALLENSTEIN, LLC
Attorneys for Plaintiff
141 South 9th Street
Gadsden, AL  35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com
rose@allenstein.com



AlaFile E-Notice

31-CV-2017-900124.00

To:   MYRON KAY ALLENSTEIN
      myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ANTONIO SANDRIDGE V. SEDGWICK CLAIMS MANAGEMENT
31-CV-2017-900124.00

The following complaint was FILED on 2/14/2017 2:58:14 PM

Notice Date:    2/14/2017 2:58:14 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2017-900124.00

To: SEDGWICK CLAIMS MANAGEMENT
P.O. BOX 14446
LEXINGTON, KY, 40512

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ANTONIO SANDRIDGE V. SEDGWICK CLAIMS MANAGEMENT
31-CV-2017-900124.00

The following complaint was FILED on 2/14/2017 2:58:14 PM

Notice Date:    2/14/2017 2:58:14 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

| State of Alabama  Unified Judicial System  Form C-34  Rev 6/88 | SUMMONS  - CIVIL - | Case Number:  31-CV-2017-900124.00 |
|---|---|---|

IN THE CIRCUIT COURT OF ETOWAH COUNTY
ANTONIO SANDRIDGE V. SEDGWICK CLAIMS MANAGEMENT

NOTICE TO  SEDGWICK CLAIMS MANAGEMENT, P.O. BOX 14446, LEXINGTON, KY 40512

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MYRON KAY ALLENSTEIN

WHOSE ADDRESS IS 141 S. 9TH STREET, GADSDEN, AL 35901

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    ANTONIO SANDRIDGE
pursuant to the Alabama Rules of the Civil Procedure

Date  2/14/2017 2:58:14 PM      /s/ CASSANDRA JOHNSON
Clerk/Register
801 FORREST AVENUE
SUITE 202
GADSDEN, AL 35901

☑ Certified Mail is hereby requested    /s/ MYRON KAY ALLENSTEIN
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County, Alabama on _____ (Date)

Date                    Server's Signature                    Address of Server

Type of Server          Server's Printed Name

                                                              Phone Number of Server



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
ANTONIO SANDRIDGE V. SEDGWICK CLAIMS MANAGEMENT

31-CV-2017-900124.00

To:   CLERK ETOWAH
      clerk.etowah@alacourt.gov

TOTAL POSTAGE PAID: $6.77

Parties to be served by Certified Mail - Return Receipt Requested

SEDGWICK CLAIMS MANAGEMENT                                   Postage: $6.77
P.O. BOX 14446
LEXINGTON, KY 40512

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SEDGWICK CLAIMS MANAGEMENT
   P O BOX 14446
   LEXINGTON KY  40512
   CV17-900124 DAK
   D001

9590 9402 2110 6132 2362 30

2. Article Number (Transfer from service label)

   7016 2140 0000 5332 3690

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Matthew Ellis_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No


FILED
FEB 24 2017
CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**USPS TRACKING #**

9590 9402 2110 6132 2362 30

**United States Postal Service**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box●

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE - SUITE 202
GADSDEN, ALABAMA 35901





AlaFile E-Notice

31-CV-2017-900124.00
Judge: DAVID A KIMBERLEY

To: ALLENSTEIN MYRON KAY
myron@allenstein.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

ANTONIO SANDRIDGE V. SEDGWICK CLAIMS MANAGEMENT
31-CV-2017-900124.00

The following matter was served on 2/24/2017

**D001 SEDGWICK CLAIMS MANAGEMENT**
**Corresponding To**
OTHER
GREEN CARD RETD/NO SIGNATURE

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150