

FILED
2017 Oct-06 AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **ANTONIO SANDRIDGE,** )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**SEDGWICK CLAIMS** )<br>**MANAGEMENT SERVICES, INC.,** )<br>)<br>*Defendant.* ) | Case No.: 4:17-CV-454-VEH |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** the plaintiff Antonio Sandridge and defendant Sedgwick Claims Management Services, Inc. and, pursuant to Rule 41, Fed. R. Civ. P, hereby jointly stipulate to the dismissal of this action, with prejudice. In connection therewith, court costs are to be taxed as paid.

/s/ Myron K. Allenstein
Myron K. Allenstein
Attorney for Plaintiff
Antonio Sandridge

OF COUNSEL:
ALLENSTEIN & ALLENSTEIN, LLC
141 South 9th Street
Gadsden, AL 35901
Telephone: (256) 546-6314
Fax: (256) 547-7648

/s/ Stephen J. Bumgarner
Stephen J. Bumgarner
Attorney for Defendant
Sedgwick Claims Management Services Inc.

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400 Regions/Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

04146940.1