FILED

2017 Oct-06  PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **ANTONIO SANDRIDGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL CASE NO.:** |
| | ) | **4:17-CV-454-VEH** |
| | ) | |
| **SEDGWICK CLAIMS** | ) | |
| **MANAGEMENT SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER DISMISSING CASE</u>

All parties hereto have filed a Joint Stipulation of Dismissal With Prejudice, (doc. 9). Therefore, the court **ORDERS** that this action and all claims contained herein are **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this 6th day of October, 2017.



**VIRGINIA EMERSON HOPKINS**
United States District Judge